April 14, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

KNJ ENTERPRISES, INC., Appellant

NO. 14-14-00271-CV            V.

WILBANKS & WILBANKS, P.C., H. ERWIN WILBANKS, AND FIDELITY
NATIONAL TITLE INSURANCE COMPANY, Appellees

—————————————————

This cause, an appeal from the judgment in favor of appellees, Wilbanks & Wilbanks, P.C., H. Erwin Wilbanks, and Fidelity National Title Insurance Company, signed March 7, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, KNJ Enterprises, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.